Naomi B. Spector (SBN 222573)
KAMBERLAW, LLP
3451 Via Montebello, Ste. 192-212
Carlsbad, CA 92009
Phone: 310.400.1053
Fax: 212.202.6364
Email: nspector@kamberlaw.com

*Attorneys for Plaintiff Mark Tobin, and the putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK TOBIN, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL MILLS SALES INC.,<br><br>  Defendant. | Case No.: 3:24-cv-04397-WHO<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>*Assigned to the Hon. William H. Orrick* |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mark Tobin and Defendant General Mills Sales Inc. hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiff Mark Tobin's individual claims and without prejudice as to the claims of the proposed class members.

**IT IS SO STIPULATED.**

Dated: November 8, 2024          **KAMBERLAW, LLP**

                     By:   */s/ Naomi B. Spector*
                         Naomi B. Spector, Esq.

3451 Via Montebello, Suite 192-212
Carlsbad, CA 92009
Phone: 310.400.1053
Fax: 212.202.6364
Email: nspector@kamberlaw.com

*Attorneys for Plaintiff and the putative Class*

**PERKINS COIE LLP**

By:   */s/ David Biderman*
David Biderman, Esq.
DBiderman@perkinscoie.com
PERKINS COIE, LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050
Email: DBiderman@perkinscoie.com

Jasmine W. Wetherell, Esq.
JWetherell@perkinscoie.com
PERKINS COIE, LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Phone: 310.788.9900
Fax: 310.788.3399
Email: JWetherell@perkinscoie.com
Email: NSanders@perkinscoie.com

Charles C. Sipos, Esq.
CSipos@perkinscoie.com
PERKINS COIE, LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 205.359.9000
Email: CSipos@perkinscoie.com

*Attorneys for Defendant*
*GENERAL MILLS SALES INC.*

STIPULATION OF DISMISSAL             2             Civil Case No. 3:24-cv-04397-WHO

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Naomi B. Spector, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

*/s/ Naomi B. Spector*
Naomi B. Spector